UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                                **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

        -against-

                                                                                                                  -CR-      (   ) (   )

Hopkins

                                      Defendant(s).
-------------------------------------------------------------------X

Defendant _____**Bishme Hopkins**_____ hereby voluntarily consents to participate in the following proceeding via  x   videoconferencing or  x   teleconferencing:

   X     Initial Appearance Before a Judicial Officer

   ___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

   ___   Bail/Detention Hearing

   ___   Conference Before a Judicial Officer


/s/ Bishme Hopkins                                    /s/ Mark B. Gombiner
_____                    _____
Defendant's Signature                                  Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Bishme Hopkins**                                        **Mark B. Gombiner**
_____                    _____
Print Defendant's Name                                Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

09/04/2020
_____
Date

                                                               _____
                                                               JAMES L. COTT
                                                               United States Magistrate Judge